UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                            Plaintiff,

            -against-

SWING JUICE LLC (AS IT EXISTED IN
2016), ET AL.,

                            Defendants.

26 CIVIL 000918 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

            SO ORDERED.

 Dated:    April 24, 2026

            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge